**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LORETTA ANN HORN**                                                              **PLAINTIFF**

**v.**                          **CASE NO. 4:20-CV-01045-BSM**

**ANDREW SAUL, Commissioner**
**of Social Security Administration**                                      **DEFENDANT**

<u>**ORDER**</u>

The proposed findings and recommendations ("recommendation") from United States Magistrate Judge Joe J. Volpe [Doc. No. 14] has been received. After careful review of the record, the recommendation is adopted. The commissioner's decision is affirmed, and Horn's complaint is dismissed with prejudice.

IT IS SO ORDERED this 14th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE